PROB 12C
(6/16)

Report Date:  March 11, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 11, 2026

SEAN F. McAVOY, CLERK

ECF No 57

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Lamar Luther          Case Number: 0980 1:19CR02049-SAB-1

Address of Offender: ████████████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 6, 2020

Original Offense:          Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1), 924(a)(2)

Original Sentence:         Prison - 24 months          Type of Supervision: Supervised Release
                           TSR - 36 months

Asst. U.S. Attorney:       Brandon Pang              Date Supervision Commenced: August 11, 2025

Defense Attorney:          Ulvar Klein               Date Supervision Expires: August 10, 2028

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 3/9/2026. A summons has been previously issued by the Court for Mr. Luther.

On August 13, and September 17, 2025, conditions of release were reviewed with Mr. Luther. He signed his judgement acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Luther is considered to be in violation of his supervised release condition by consuming alcohol on or about February 28, 2026.

On March 2, 2026, Mr. Luther made telephone contact with the undersigned officer and informed about his recent arrest on February 28, 2026, in Sunnyside, Washington, for one count of disorderly conduct. During this telephone conversation, the undersigned officer asked Mr. Luther if he consumed any alcohol that night; Mr. Luther denied any alcohol consumption.

Prob12C
**Re: Luther, Raymond Lamar**
**March 11, 2026**
**Page 2**

On March 3, 2026, the undersigned officer made telephone contact with Mr. Luther's Washington State Department of Corrections (DOC) community corrections officer (CCO), and was informed that Mr. Luther reported to the DOC office in Pasco, Washington, on March 2, 2026. At that time, Mr. Luther denied any alcohol use during the incident on February 28, 2026. He submitted to a urine sample which was sent to their contracted laboratory for alcohol confirmation.

On March 10, 2026, the undersigned officer was informed by the CCO that Mr. Luther's urine sample collected on March 2, 2026, was confirmed to be positive for alcohol on March 6, 2026.

On March 11, 2026, the CCO sent the undersigned officer a copy of the confirmed laboratory results and a copy of an alcohol use admission form signed by Mr. Luther admitting to alcohol use on or about February 28, 2026.

3    **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Luther is considered to be in violation of his supervised release by not being truthful to his probation officer on or about March 2, 2026.

Please refer to the narrative in violation 1.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 11, 2026

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

Prob12C
**Re: Luther, Raymond Lamar**
**March 11, 2026**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]    Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

3/11/2026
_____
Date