PROB 12C
(6/16)

Report Date: March 9, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No 53

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond Lamar Luther        Case Number: 0980 1:19CR02049-SAB-1

Address of Offender: ███████████  Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 6, 2020

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:       Prison - 24 months          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Ian Garriques             Date Supervision Commenced: August 11, 2025

Defense Attorney:        Ulvar Klein               Date Supervision Expires: August 10, 2028

---

### PETITIONING THE COURT

To issue a summons.

On August 13, and on September 17, 2025, conditions of release were reviewed with Mr. Luther. He signed his judgment acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Luther is considered to be in violation of his supervised release condition by being charged with one count disorderly conduct, on or about February 28, 2026.

On February 28, 2026, the undersigned officer received information from the Sunnyside Police Department (SSPD) that Mr. Luther was arrested in Sunnyside, Washington,  and taken into custody for one count of disorderly conduct. The undersigned officer confirmed Mr. Luther was booked into the Sunnyside City Jail at approximately 1:40 a.m., and released on the same date at approximately 3:15 p.m.

On March 2, 2026, Mr. Luther made telephone contact with the undersigned officer and informed the undersigned about his recent arrest on February 28, 2026 in Sunnyside. When the undersigned officer inquired about what happened that night Mr. Luther stated, "I was out there in Sunnyside waiting to pick up my lady friend and the cops rolled up and started racial profiling me and asking me all these questions and kept repeating themselves to me

**Prob12C**
**Re: Luther, Raymond Lamar**
**March 9, 2026**
**Page 2**

and saying your malo and were saying that I pissed in public and that why was there a puddle of piss by me and I let my anger get the best of me to which I know I shouldn't of done that but that's a wrap, it is what it is." When the undersigned officer asked Mr. Luther if he consumed any alcohol that night, Mr. Luther denied any alcohol consumption. Later this date, the undersigned officer confirmed Mr. Luther was formally charged with one count of disorderly conduct, Sunnyside Municipal Court case number 6A0039157.

On March 6, 2026, the undersigned officer obtained a police report from the SSPD. According to the report, on February 28, 2026, a SSPD officer was conducting patrol at approximately 1:15 a.m. and observed a male subject, later identified as Mr. Luther, who was standing in the corner of a vehicle's open driver's side door, facing the vehicle with his pants slightly lowered, and a puddle of urine coming from his person, in a parking lot located at 404 South Seventh Street in Sunnyside. When the SSPD officer made contact with Mr. Luther, he observed Mr. Luther to be heavily intoxicated and not willing to cooperate. Shortly after, other SSPD officers responded to assist due to Mr. Luther's verbally aggressive behavior. SSPD officers were able to take Mr. Luther into custody, and transported him to the Sunnyside City Jail.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 9, 2026

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

3/9/2026
_____
Date